IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN J. SMITH,<br>　　　　Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>1:CV-01-960 |
| v. | : <br> : | Judge Kane |
| GLEN ROCK BOROUGH, RICHARD L. ZAMBITO, JOHN C. HUFNAGLE, CATHERINE J. HANSSEN and KENNETH E. KREBS,<br>　　　　Defendant | : <br> : <br> : <br> : <br> : | |

## O R D E R

AND NOW this 17th day of July, 2003, **IT IS HEREBY ORDERED THAT** defendants' counsel shall refile the Notice of Removal and Exhibits to the Notice of removal, along with the proper filing fee, as a new case. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall delete document nos. 11 and 12 from the docket.

　　　　　　　　　　　　　　　　　　　　　s/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　United States District Judge